AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Thomas<br>*Plaintiff*<br>v.<br>Healthcare Revenue Recovery Group, LLC<br>*Defendant* | Civil Action No. 3:21-cv-02851-L |

**Summons in a Civil Action**

**TO:** Healthcare Revenue Recovery Group LLC   c/o CORPORATION SERVICE COMPANY
DBA CSC - LAWYERS INCORPORATING SERVICE
211 E. 7TH STREET SUITE 620
AUSTIN, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Nathan Volheim
2500 S Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 11/15/2021

Signature of Clerk or Deputy Clerk

*SERVED*

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| JORDAN N. THOMAS | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CAUSE NO. 3:21-cv-02851 |
| | § | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC | § | |
| Defendant. | § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Nov 26, 2021, 12:00 am**,

SUMMONS; COMPLAINT,

and was executed at **211 E 7th St Suite 620 , Austin, TX 78701** within the county of **Travis** at **10:16 AM** on **Mon, Nov 29 2021**, by delivering a true copy to the within named

**HEALTHCARE REVENUE RECOVERY GROUP, LLC BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY ACCEPTED BY AUTHORIZED AGENT EVIE LICHTENWALTER**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, my date of birth is **2/5/1983**, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **November 29, 2021**.

_____
Corin Johnson
Certification Number: PSC-5625
Certification Expiration: 9/30/2022