IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JORDAN N. THOMAS**, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. **3:21-CV-2851-L** |
| | § § | |
| **HEALTHCARE REVENUE RECOVERY GROUP, LLC,** | § § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant's Unopposed Motion for Leave to Proceed Without Local Counsel, filed December 15, 2021. The court determines that the motion should be, and is hereby, **granted**. Accordingly, Defendant may proceed without designating local counsel; and Kevin T. Crocker from the Austin, Texas law firm of Barron & Newburger PC, is permitted to represent Defendant in this case.

**It is so ordered** this 20th day of December, 2021.

Sam A. Lindsay
United States District Judge

Order - Solo Page